telephone number, told them he was going to change his clothes in front of them, and grabbed the string on the bottom of Jessica Doe's bathing suit, causing it to come undone. Setzer then decided to change into his swimsuit in the restroom and the group proceeded to the water, where Setzer began playing with several children, including Jennifer Doe and Jessica Doe, picking them up and throwing them in the air, dunking them under the water and generally "rough housing" with them. During this time in the water, Setzer sexually abused Jennifer Doe and Jessica Doe. According to their testimony, none of defendant's employees had observed Setzer leave the park area to go to the bus and none had observed him in the water interacting with the children. On this record, viewing the evidence in the light most favorable to plaintiff, an issue of fact exists as to whether, in supervising Jennifer Doe during the field trip, defendant exercised the same care "as a parent of ordinary prudence would observe in comparable circumstances" (*Mirand v City of New York*, 84 NY2d 44, 49 [1994] [internal quotation marks and citation omitted]; *accord Romero v YMCA of Greater Malone Dev. Group, LLC*, 79 AD3d 1344 [2010]).

Finally, inasmuch as defendant never made a written demand of plaintiff to resume prosecution and Supreme Court's order directing her to file a note of issue did not contain the notice required by CPLR 3216, Supreme Court properly denied that part of defendant's motion seeking dismissal of the complaint for want of prosecution.

Peters, J.P., Stein, Garry and Egan Jr., JJ., concur. Ordered that the order is affirmed, with costs.

■ JANE DOE, as Parent and Guardian of JESSICA DOE, an Infant, Respondent, v CHENANGO VALLEY CENTRAL SCHOOL DISTRICT et al., Appellants. [941 NYS2d 284]—Malone Jr., J.

Peters, J.P., Stein, Garry and Egan Jr., JJ., concur. Ordered that the order is affirmed, with costs.

In the Matter of FRANCIS A. DELLA CAMERA, Petitioner, v THOMAS P. DiNAPOLI, as State Comptroller, Respondent. [937 NYS2d 720]—

Kavanagh, J.